*In re* Víctor A. Vélez Cardona.

*Número:* TS-4469        *Resuelto:* 18 de noviembre de 1999

*Pedro Malavet Vega*, abogado del querellado.

## RESOLUCIÓN

Vista la solicitud de reinstalación del señor Víctor Vélez Cardona al ejercicio de la profesión de abogado y de notario, se le reinstala a la profesión de abogado. En cuanto a la profesión de notario, se concede a la Oficina de Inspección de Notarías el término de quince (15) días, contados a partir de la notificación de esta resolución, para que se exprese sobre la misma.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Fuster Berlingeri y Corrada Del Río no intervinieron.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*